**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO. 07-CR-88-ML** |
| | : | |
| **ROBERT PORTMAN and** | : | |
| **CANDY PORTMAN** | : | |

**DEFENDANTS' ASSENTED TO MOTION FOR CONTINUANCE OF ARRAIGNMENT**

Now come the Defendants, Robert Portman and Candy Portman, by and through their attorney, and hereby move this Honorable Court for an order granting a continuance of the arraignment of Defendants to June 18, 2007. In support of this Motion, the Defendants aver the following:

1. The Defendants were originally scheduled to be arraigned in this matter on June 13, 2007.

2. Counsel for the Defendants will be on trial in Providence County Superior Court on that date and will be unable to appear for said arraignment.

3. The Government is aware of this request for a continuance and has advised that it has no objection to said request.

4. In light of the fact that Defendants are requesting the continuance in this matter, should the Court grant this motion, the period from June 13, 2007 through June 18, 2007, may be deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

WHEREFORE, it is respectfully requested that this Honorable Court grant the within motion and for such other and further relief as to this Court may seem proper and just.

Respectfully submitted,
ROBERT PORTMAN and
CANDY PORTMAN
By their attorney,

/s/ Kevin J. Bristow
Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800
Fax 401-521-2812

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, a copy of the foregoing motion was filed electronically and served electronically or was served by mail on any attorney of record that is unable to accept service electronically.

/s/ Scott P. Lopez
Scott P. Lopez