**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA,**

**v.**

**ROBERT PORTMAN and**
**CANDY PORTMAN,**
**Defendants.**

**CRIMINAL NO.: 07-CR-0088-ML-LDA**

## MOTION FOR ADMISSION PRO HAC VICE

Defendants Robert Portman and Candy Portman hereby move that Scott P. Lopez, Esq., be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Respectfully submitted,

/s/ Kevin J. Bristow

Kevin J. Bristow
RI Bar ID # 3984
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: June 15, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I herby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s): United States District Court, District of Massachusetts; United States Court of Appeals for the First Circuit; United States Court of Appeals for the Federal Circuit; and Supreme Court of the United States of America, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; and there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (if applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed in (a) below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided):

a) Petitioned for *pro hac vice* admission on May 7, 2007, before U.S. Magistrate Judge David L. Martin in *United States v. Patrick Clyne & Iptisama Bradley*, Criminal Action Number: 07-0032-ML-DLM, which was granted.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct of all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set our in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

/s/ Scott P. Lopez

Scott P. Lopez
Mass. BBO # 549556
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Kevin J. Bristow
Kevin J. Bristow
RI Bar ID # 3984
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

---

**ORDER**

This motion is hereby ______________________________

______________________________
United States Magistrate Judge

Date:

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kevin J. Bristow
Kevin J. Bristow