O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
JUN 4 2007
Property of U.S. District Court
District of Rhode Island

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ROBERT PORTMAN

WAIVER OF INDICTMENT

CASE NUMBER: CR07-88-01ML

I, ROBERT PORTMAN, the above named defendant, who is accused of

tax evasion

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 18, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ROBERT PORTMAN
Defendant

SCOTT LOPEZ
Counsel for Defendant

Before
Judicial Officer
USMJ